1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No.  1:16-CR-00093 LJO-SKO

12          Plaintiff,                **STIPULATION AND PROTECTIVE ORDER
                                      BETWEEN THE UNITED STATES OF
13      v.                            AMERICA AND DEFENDANT ANGELICA
                                      MORENO-VELASQUEZ**
14 ANGELICA MORENO-VELASQUEZ,

15          Defendant.

16

17      WHEREAS, the discovery in this case is expected to contain a

18 limited amount of sensitive information that potentially may

19 reveal confidential sources and methods ("Protected

20 Information"); and

21      WHEREAS, the parties desire to avoid potentially revealing

22 confidential sources and methods;

23      The parties agree that entry of a stipulated protective

24 order is appropriate.

25      Therefore, Defendant ANGELICA MORENO-VELASQUEZ, by and

26 through her counsel of record ("Defense Counsel"), and the United

27 States of America, by and through Assistant United States

28 Attorney Christopher D. Baker, hereby agree and stipulate as

1  follows:

2      1.    This Court may enter a protective order pursuant to

3  Rule 16(d) of the Federal Rules of Criminal Procedure, and its

4  general supervisory authority.

5      2.    This Order pertains only to discovery provided to or

6  made available to Defense Counsel in this case subsequent to the

7  date of entry of this Order and which is marked with a

8  "Confidential" bates stamp marking (hereafter, collectively known

9  as the "discovery").

10     3.    By signing this Stipulation and Protective Order,

11 Defense Counsel agrees not to share any documents that contain

12 Protected Information with anyone other than Defense Counsel

13 attorneys, designated defense investigators, and support staff.

14 Defense Counsel may permit the Defendant to view unredacted

15 documents in the presence of her attorney, defense investigators,

16 and support staff.  The parties agree that Defense Counsel,

17 defense investigators, and support staff shall not allow the

18 Defendant to copy Protected Information contained in the

19 discovery.

20     4.    The discovery and information therein may be used only

21 in connection with the litigation of this case and for no other

22 purpose.  The discovery is now and will forever remain the

23 property of the United States of America ("Government").  Defense

24 Counsel will return the discovery to the Government or certify

25 that it has been destroyed at the conclusion of the case.

26     5.    Defense Counsel will store the discovery in a secure

27 place and will use reasonable care to ensure that it is not

28 disclosed to third persons in violation of this agreement.

1    6.   Defense Counsel shall be responsible for advising the

2  Defendant, employees, and other members of the defense team, and

3  defense witnesses of the contents of this Stipulation and Order.

4    7.   In the event that Defendant substitutes counsel,

5  undersigned Defense Counsel agrees to withhold discovery from new

6  counsel unless and until substituted counsel agrees also to be

7  bound by this Order.

8    IT IS SO STIPULATED.

9  DATED: August 11, 2016          PHILLIP A. TALBERT
                                   Acting United States Attorney
10

11                            By: /s/ Christopher D. Baker
                                  CHRISTOPHER D. BAKER
12                                Assistant U.S. Attorney

13

14 DATED: August 11, 2016     By: /s/ John A. Meyer
                                  JOHN A. MEYER
15                                Attorney for Defendant
                                  ANGELICA MORENO-VELASQUEZ
16

17

18 IT IS SO ORDERED.

19    Dated:   **August 11, 2016**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE
20                                 DISTRICT JUDGE

21

22

23

24

25

26

27

28