# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANGELICA MORENO VELASQUEZ,<br><br>　　　　　Defendant | Case No.: 1:16-cr-00093-LJO-SKO<br><br>ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |

At the request of Pretrial Services, it is requested that the following language be added to Ms. Moreno Velasquez' conditions of pretrial release:

The defendant must surrender her passport and consulate card to the Clerk, U.S. District Court, and obtain no passport or consulate card during the pendency of this case; all prior ordered conditions of release remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 19, 2017**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE