FILED

JUL 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELICA MORENO VELASQUEZ,<br><br>Defendant. | Case No. 1:16-cr-00093-LJO-SKO-2<br><br>**ORDER EXONERATING BOND AS TO CERTIFICATE OF TITLE POSTED BY LILIANA VELASQUEZ MORENO**<br><br>(ECF Nos. 64 & 133) |

Having received and reviewed Defendant Angelica Moreno Velasquez's Motion to Exonerate Bond, Doc. 133, IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond posted by Liliana Velasquez Moreno in the form of a certificate of title for a 1998 Ford (580101021D3). *See* Doc. 64. The Court's financial department shall contact Mr. Meyer to obtain Ms. Liliana Velasquez Moreno's current address.

The request to return the defendant's passport and consulate card is DENIED WITHOUT PREJUDICE, as the matter is not properly before the court pursuant to this motion filed under Fed. R. Crim. P. 46(g).

SO ORDERED

Dated: July 27, 2017          _____
                              Lawrence J. O'Neill
                              Chief United States District Judge

1